Causes # 30,311
30,312
30,721
37,588
41,248

33,972-00, 10, 14, 15

MOTION DENIED
DATE: 8-27-15
BY: P.C.

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk

IN RE HERMAN LEE KINDRED, Relator

MOTION FOR LEAVE TO File
MOTION FOR WAIVER OF Court Cost, Fines,
ATTORNEY FEES, Ect. Ect. IN THE Above Style
Causes

TO THE Honorable Justices of Said Court:

Comes NOW, HERMAN LEE KINDRED, Relator in the instant Causes and prays the Court will grant his motion for LEAVE to file "motion For Waiver "All" OF COURT Cost, FINES, ATTORNEY FEES, Ect. Ect. IN THE Above Style Causes. And for good Cause would show this Honorable Court the following:

## I

IF it PLEASES, THIS Honorable Court,
THIS Honorable COURT has Constitutional and
Statutory Jurisdiction to hear and Grant
this motion TO WAIVE OR WAIVER "All" COURT
COST, FINES, ATTORNEY FEES, Ect. Ect IN THE
Above Style Causes.

## II

All OF THE above Causes on out OF BELL COUNTY, TX
Belton, TEXAS. OUT OF THE 27TH AND 264TH Judicial
District Court BELL COUNTY, TX. All OF THESE
above Causes are (20 plus) and (30 plus) years old.
I have discharged most of these Causes. I am
begging This Honorable Court to WAIVE All THE Court
Cost, FINES, ATTORNEY fees, Ect. Ect. incurred in
these above Causes. I am asking that this
Honorable Court give me Relator time served for
all COURT COST, FINES, ATTORNEY FEE'S ECT. ECT.
Relator, has been incarcerated for appox. (28) months
as of Aug. 18, 2015. and has been incarcerated
since April 18, 2013. Relator is unable to pay
these Court Cost, FINES, ATTORNEY fees, ECt. Ect.
THEREFORE, with them all being (20 plus) and (30 plus)
years old. Relator ask and beggs this Honorable
Court to WAIVE all OF THESE COURT COST, FINES,
ATTORNEY FEES, ECt, Ect. I just can't pay them.

## Prayer

Wherefore, premises Considered, Relaton HERMAN LEE KINDRED prays This Honorable Court will Grant his motion for leave to file "motion to WAIVE all Court Cost, Fines, ATTORNEY FEES, ECT, ECT, IN THE above Styled causes all out of Bell County, Tx.

Respectfully Submitted,
Herman Lee Kindred